THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALOK JAIN,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE AMERICA, INC.,<br><br>Defendant. | CASE NO. C26-3605-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion to remand (Dkt. No. 7), which the Court GRANTS without further consideration in light of Defendant's notice of non-opposition (Dkt. No. 8). The Clerk is DIRECTED to remand this case to King County Superior Court.

So ORDERED this 2nd day of October 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE